UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANA ANGUIANO-TAMAYO,

    Plaintiff,

  v.

WAL-MART ASSOCIATES, INC., et al.,

    Defendants.

Case No. 18-cv-04598-JSC

**JUDGMENT**

The Court, having granted judgment on the pleadings by Order filed March 21, 2022, enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: March 21, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge